**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEBRAH COLEY,**

                Plaintiff,

-vs-                                                                     Case No. 6:06-cv-1185-Orl-31KRS

**RESORT MANAGEMENT SERVICES, INC.,**

                Defendant.
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after oral argument on the Court's Order to Show Cause why Plaintiff should not be sanctioned for failure to attend the mediation as required by the Court's Case Management and Scheduling Order. Doc. No. 21. At the hearing, Defendant requested that the sanction of dismissal be imposed. For the reasons set forth below, the Court recommends that Plaintiff's case be dismissed.

Federal Rule of Civil Procedure 16(f)(1) provides, in pertinent part, as follows: "On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii-vii), if a party or its attorney: (A) fails to appear at a scheduling or other pretrial conference; . . . or (C) fails to obey a scheduling or other pretrial order." Federal Rule of Civil Procedure 37(b)(2)(A)(v) permits the Court to dismiss the action in whole or in part.

It its Case Management and Scheduling Order entered on March 15, 2007, the court appointed a mediator and directed the parties to mediate the case no later than December 10, 2007. Doc. No. 12 at 2, 10. Plaintiff failed to appear at the mediation scheduled on December 3, 2007. Doc. No. 19 at 1. Plaintiff's counsel, therefore, unilaterally cancelled the mediation. *Id*. at 2.

The Court issued an Order to Show Cause on January 2, 2008, requiring Plaintiff to appear before the Court in person to address why sanctions should not be imposed against her for failure to appear at the mediation. Doc. No. 21. The Court's Order to Show Cause advised Plaintiff that failure to appear in Court as ordered may result in dismissal of the case. *Id*. Plaintiff's counsel certified that he served his client with the Court's order. Doc. No. 22. Despite notice and opportunity to attend, Plaintiff failed to appear as ordered.

Plaintiff's counsel informed the Court that Plaintiff lives in Ohio, and that he has been unable to communicate with her. Given Plaintiff's failure to comply with the Case Management Scheduling Order and her and failure to appear before the Court in response to the Order to Show Cause, the Court concludes that Plaintiff has abandoned her case. Accordingly,

**IT IS RECOMMENDED THAT:**

The Court dismiss Plaintiff's case pursuant to Rule 16(f) and for failure of prosecution pursuant to Local Rule 3.10 and, thereafter, direct the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 14, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge and Courtroom Deputy Clerk
Counsel of Record
Unrepresented Party