# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEBRAH COLEY,**

                **Plaintiff,**

**-vs-**                                                        Case No. 6:06-cv-1185-Orl-31KRS

**RESORT MANAGEMENT SERVICES, INC.,**

                **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Complaint (Doc. No. 1) filed August 7, 2006. Plaintiff failed to appear at mediation scheduled for December 3, 2007. The Court issued an Order to Show Cause (Doc. No. 21) requiring her to appear on January 14, 2008. She did not appear.

On January 14, 2008, the United States Magistrate Judge issued a report (Doc. No. 25) recommending that the Complaint be dismissed pursuant to Rule 16(f) and for failure to prosecute pursuant to Local Rule 3.10. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The case is **DISMISSED** without prejudice. The final pre-trial conference scheduled for April 15, 2008 is hereby cancelled and the case is removed from the May, 2008 trial term. All pending motions are DENIED as moot and the clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 5th day of February, 2008.

Copies furnished to:
Counsel of Record

Deborah Coley
2182 Parkville Court
Apt. A1
Columbus, OH 43229

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE